OFFICE OF THE UNITED STATES TRUSTEE
74 Chapel Street
Albany, NY 12207
(518)434-4553
Kevin Purcell
Trial Attorney

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
--------------------------------------------------------X
*In re:*

                                                                        Chapter 11

ORDWAY RESEARCH INSTITUTE, INC.,        Case No. 11-11322

                                    *Debtor.*
--------------------------------------------------------X

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      As of July 13, 2011, Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Ordway Research Institute, Inc.

1. Fisher Scientific Company, LLC
   300 Industry Drive
   Pittsburgh, PA 15275
   Attention: Gary Barnes, Accounts Receivable Manager
   Telephone: (724) 517-2372
   Fax: (412) 490-5765

2. FiberCell Systems, Inc.
   905 W. 7th St., #334
   Fredericks, MD 21701
   Attention: S. Gail Cadwell, Vice President
   Telephone: (301) 865-6374
   Fax: (301) 865-6375

3. University at Buffalo Foundation
   331 Cooke Hall
   University at Buffalo
   Buffalo, NY 14260
   Attention: Brian Tsuji, Assistant Professor
   Telephone: (716) 881-7543
   Fax: (716) 849-6657

4.     Krackeler Scientific, Inc.
       P.O. Box 1849
       Albany, NY 12201-1849
       Attention: William J. Krackeler, C.O.O.
       Telephone: (518) 462-4281
       Fax: (520) 462-6011

5.     BBL Construction Services, LLC
       302 Washington Ave. Extension
       Albany, NY 12203
       Attention: Stephen Obermayer, CFO
       Telephone: (518) 452-8200
       Fax: (518) 452-4794

DATED: July 13, 2011                  TRACY HOPE DAVIS
      Albany, New York                UNITED STATES TRUSTEE
                                       REGION 2

                                       <u>/s/Kevin Purcell</u>
                                       KEVIN PURCELL
                                       TRIAL ATTORNEY
                                       74 Chapel Street, Suite 200
                                       Albany, New York 12207
                                       518/434-4553