UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
In re:

ORDWAY RESEARCH INSTITUTE, INC.,     Case No. 11-11322
                                            Chapter 11
                   Debtor.
---------------------------------------------------------------

Hon. Robert E. Littlefield, Jr., Chief United States Bankruptcy Judge

### *SUA SPONTE* ORDER TO SHOW CAUSE

This case was commenced with the filing of a petition on April 28, 2011. A hearing was held on August 12, 2011, in connection with several motions. After hearing from the parties in connection with the motions, including counsel for the Debtor, Key Bank, Center for Medical Science, Inc., the Unsecured Creditors Committee, and the United States Trustee, the court believes it may be in the interests of creditors to have a trustee appointed.

**NOW**, upon due consideration, it is hereby

**ORDERED**, that the Debtor and any party wishing to be heard appear and show cause before this court on **August 17, 2011, at 11:00 a.m.** as to why a trustee should not be appointed pursuant to 11 U.S.C. § 1104(a)(2) or, alternatively, if the Debtor consents, the case converted to one under Chapter 7; and it is further

**ORDERED**, that responsive pleadings shall be filed with court and served upon counsel for the Debtor by facsimile at or before 4:00 p.m. on August 16, 2011.

DATED: August 12, 2011

_____
Hon. Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge

RECEIVED & FILED
AUG 12 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY