TUCKER ARENSBERG, P.C.
Jordan S. Blask, Esq.
Beverly Weiss Manne, Esq. (*Pro Hac Vice*)
Michael A. Shiner, Esq. (*Pro Hac Vice*)
Derek K. Koget, Esq. (*Pro Hac Vice*)
Christopher L. Borsani, Esquire (*Pro Hac Vice* Pending)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
(412) 594-5619 (fax)

Proposed Counsel to the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
: 
In re: : Chapter 11
:
ORDWAY RESEARCH INSTITUTE INC., : Case No. 11-11322 (REL)
:
-Debtor. :
:
---------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Jordan S. Blask, Esquire do hereby certify under penalty of perjury, that I caused to be served a true and correct copy of the Statement of the Official Committee of Unsecured Creditors in Support of Sua Sponte Order to Show Cause Why Trustee Should Not Be Appointed Pursuant to 11 U.S.C. § 1104(a)(2) on the following parties via email on August 16, 2011:

| | | |
|---|---|---|
| Gregory J Mascitti, Esq. | Carol Connor Cohen, Esq. | Justin A. Heller, Esq. |
| LeClairRyan | David Dubrow, Esq. | Nolan & Heller, LLP |
| 290 Linden Oaks, Suite 310 | Arent Fox | 39 N. Pearl Street |
| Rochester, NY 14625 | 1050 Connecticut Avenue, NW | 3rd Floor |
| gregory.mascitti@leclairryan.com | Washington, DC 2036-5339 | Albany, New York 12207 |
| | cohen.carol@arentfox.com | jheller@nolanandheller.com |
| | dubrow.david@arentfox.com | |
| | | |
| Lisa M. Penpraze, Esq. | Christopher A. Andreucci, Esq. | Joann Sternheimer, Esq. |
| Kevin J. Purcell, Esq. | 677 Broadway, Suite 1101 | F. Matthew Jackson, Esq. |
| Office of The U.S. Trustee | Albany, NY 12207 | Deily, Mooney & Glastetter, LLP |
| 74 Chapel Street | candreucci@harrisbeach.com | 8 Thurlow Terrace |
| Albany, NY 12207 | | Albany, NY 12203 |
| Lisa.m.prezane@usdoj.gov | | jsternheimer@deilylawfirm.com |
| Kevin.j.purcell@usdoj.gov | | mjackson@deilylawfirm.com |

BANK_FIN:414657-1 027164-152422        1

James P. Lagios
Iseman, Cunningham, Riester &
Hyde, LLP
9 Thurlow Terrace
Albany, NY 12203
jlagios@ICRH.com

      The undersigned further certifies that he caused to be served a true and correct copy of the Statement of the Official Committee of Unsecured Creditors in Support of *Sua Sponte* Order to Show Cause Why Trustee Should Not Be Appointed Pursuant to 11 U.S.C. § 1104(a)(2) on the Debtor's counsel via facsimile on August 16, 2011:

      Gregory J Mascitti, Esq.
      LeClairRyan
      290 Linden Oaks, Suite 310
      Rochester, NY 14625
      Fax: (585) 270 - 2166

      TUCKER ARENSBERG, P.C.

      */s/ Jordan S. Blask*
      Jordan S. Blask, Esquire
      Beverly Weiss Manne, Esquire (*Pro Hac Vice*)
      Michael A. Shiner, Esquire (*Pro Hac Vice*)
      Derek K. Koget, Esquire (*Pro Hac Vice*)
      Christopher L. Borsani, Esquire (*Pro Hac Vice* Pending)
      1500 One PPG Place
      Pittsburgh, Pennsylvania 15222
      Telephone: (412) 594-5525
      Facsimile: (412) 594-5619
      jblask@tuckerlaw.com
      bmanne@tuckerlaw.com
      mshiner@tuckerlaw.com
      cborsanit@tuckerlaw.com

      Proposed Attorneys for the Official Committee of Unsecured Creditors