**SO ORDERED.**

**SIGNED this 26 day of August, 2011.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ORDWAY RESEARCH INSTITUTE, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 11-11322-1 |

### ORDER CONVERTING CASE TO CHAPTER 7

Upon the Court's *Sua Sponte* Order to Show Cause dated August 12, 2011 establishing a hearing as to why a trustee should not be appointed pursuant to 11 U.S.C. § 1104(a)(2), or, alternatively, if the Debtor were to consent, the case converted to one under Chapter 7 (the "OTSC"); and hearings on the OTSC having been held on August 17, 2011 and August 24, 2011; and counsel for the Debtor, KeyBank National Association, Center for Medical Science, Inc., Wells Fargo Bank, N.A., the Marty and Dorothy Silverman Foundation, the Unsecured Creditors Committee, Capital Bank, and the United States Trustee having appeared at the hearings on the OTSC; and the Court having determined that it would be in the interest of creditors to have a

trustee appointed; and the Debtor having consented to the conversion of the case to Chapter 7; and sufficient cause appearing therefor

IT IS ORDERED THAT:

1. This case be, and hereby is, converted to a proceeding under Chapter 7 of the Bankruptcy Code.

2. All approved professionals shall file and serve final fee applications within 30 days after entry of this Order.

###